**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 26 P 3: 39

CLERK _L. LaVictoire_

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR500-9 |
| v. ) | |
| ) | |
| CHARLIE JAMES COOPER ) | |

### ORDER

Defendant has filed a Motion for Subpoena. (Doc. 32.) Defendant's Motion is **GRANTED**. The Clerk shall issue the subpoena directed to Kevin Hicks, 609 Lee Avenue, Waycross, Georgia, to be and appear at a Revocation Hearing scheduled for September 28, 2005, at 2:00 p.m. The U.S. Marshal is directed to serve said subpoena.

**SO ORDERED**, this 26th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE