IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 26 P 3:39

CLERK L. LaVictoire

UNITED STATES OF AMERICA )
)
) CASE NO.: CR500-9
v. )
)
CHARLIE JAMES COOPER )

## ORDER

Defendant has filed a Motion for Subpoena for Production of Documents. (Doc. 31.) Defendant's Motion is **GRANTED**. The Clerk shall issue the subpoena directed to Joyce Screws, Counselor, Satilla Mental Health, 1007 Mary Street, Waycross, Georgia to be and appear with all records pertaining to Charlie James Cooper at a Revocation Hearing scheduled for September 28, 2005, at 2:00 p.m. The U.S. Marshal is directed to serve said subpoena.

**SO ORDERED**, this 26th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)