# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

IN RE:  USA V. <u>CHARLES COOPER</u>

CASE NO. <u>CR500-009-01</u>

TO: CHIEF JUDGE, ELEVENTH CIRCUIT, U.S. COURT OF APPEALS
C/O CIRCUIT EXECUTIVE

MEMORANDUM FOR CERTIFICATION OF CJA VOUCHER OF APPOINTED ATTORNEY <u>C. DEEN STRICKLAND</u>
FOR EXCESS PAYMENT UNDER 18 U.S.C. 3006A(d)(3).

I forward herewith the CJA voucher in the above-captioned case. The amount claimed by counsel is beyond the statutory limits and should be __xx__ paid as requested or _____ reduced for the following reasons.

_____

_____

_____

The following additional information should be considered in determining appropriate compensation in this case

_____

_____

(Use additional sheet if needed)

This case was __xx__ extended _____ complex _____ extended and complex (ref. Guide to Judiciary Policies and Procedures, Vol. VII, para. 2.22 B).

Further, the 10% reduction provisions of Gram/Rudman/Hollings _____ do _____ do not apply.

Accordingly, I recommend payment of the voucher in the amount of $ <u>3750.80</u>          .

                                                        _____
UNITED STATES DISTRICT JUDGE